# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **DAVID DANIEL,** | ) |
| Plaintiff | ) ) ) |
| v. | ) )  No. 2:12-cv-110-GZS |
| **AVESTA HOUSING MANAGEMENT CORP., ET AL,** | ) ) ) ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 9, 2013, her Recommended Decision (ECF No. 63). Plaintiff filed his Objection to the Recommended Decision (ECF No. 72) on August 9, 2013. Defendants filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 73) on August 23, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 34) is **GRANTED**.

/s/George Z. Singal
U.S. District Judge

Dated this 27th day of August, 2013.